1454-15275-174

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DETREICK SAULSBURY** | * | CIVIL ACTION NO. **2:23-cv-3066** |
| | * | |
| **VERSUS** | * | |
| | * | |
| **ALLIED TRUST INSURANCE COMPANY** | * | JUDGE: Sarah S. Vance |
| | * | |
| | * | MAG: Michael B. North |

### JOINT MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiff, Detreick Saulsbury, and Defendant, Allied Trust Insurance Company, who show this Honorable Court that all claims against the Defendant in the above captioned matter have been settled by reason of compromise. Accordingly, the parties hereto respectfully move this Honorable Court for an Order dismissing the claims of Plaintiff, Detreick Saulsbury, against Allied Trust Insurance Company, with full prejudice, each party to bear their own costs.

Respectfully Submitted,

By: /s/ Mark Ladd
MARK LADD (# 30847)
CHINWE NDID ONEYEKWU(#34013 )
GALINDO LAW FIRM
3850 N. Causeway Blvd., Ste. 1520
Metairie, LA 70002
Phone: (985) 876-0870
Fax: (985) 876-0213
Facsimile: 504.613.6351
**ATTORNEYS FOR PLAINTIFF**

AND

/s/ *Donald R. Klotz, Jr.*
ALAN J. YACOUBIAN.(#17213)
DONALD R. KLOTZ, JR. (#20253)
JOHNSON, YACOUBIAN & PAYSSE
701 Poydras Street, Suite 4700
**New Orleans, Louisiana 70139-7708**
Telephone: (504) 528-3001
Facsimile: (504) 528-3030
Email: ajy&jyplawfirm.com
Email: dklotz@jyplawfirm.com
Attorneys for defendant, Allied Trust Insurance Company